UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Raymond Yeager,

Debtor.

| | |
|---|---|
| Case No.: | 20-12905-ABA |
| Chapter: | 13 |
| Hearing Date: | 9/22/2020 |
| Judge: | Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 22)

_____

Date: 9/16/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*