| Transaction Type | Transaction Date | Amount Received | Post Suspense Short Fall Balance | |
| --- | --- | --- | --- | --- |
| | | | Post-petition Due Date | Post Amt Due Per PCN |
| Beginning Balance | 2/21/2020 | $0.00 | 2/1/2020 | |
| Post-Petition | 02/28/20 | $723.81 | 3/1/2020 | $723.81 |
| Post-Petition | 04/01/20 | $723.81 | 4/1/2020 | $723.81 |
| Post-Petition | 05/01/20 | $723.81 | 5/1/2020 | $723.81 |
| Post-Petition | 10/01/20 | $723.81 | 8/1/2020 | $723.81 |
| Post-Petition | 11/05/20 | $723.81 | 9/1/2020 | $723.81 |
| Post-Petition | 12/02/20 | $723.81 | 10/1/2020 | $723.81 |
| Post-Petition | 01/04/21 | $723.81 | 11/1/2020 | $723.81 |
| Post-Petition | 02/01/21 | $723.81 | 12/1/2020 | $723.81 |
| Post-Petition | 03/02/21 | $723.81 | 1/1/2021 | $723.81 |
| Post-Petition | 04/06/21 | $723.81 | 2/1/2021 | $723.81 |
| Post-Petition | 05/03/21 | $728.89 | 3/1/2021 | $723.81 |
| Post-Petition | 06/01/21 | $728.89 | 4/1/2021 | $723.81 |
| Post-Petition | 07/06/21 | $728.89 | 5/1/2021 | $728.89 |
| Post-Petition | 08/03/21 | $728.89 | 6/1/2021 | $728.89 |
| Post-Petition | 09/01/21 | $800.00 | 7/1/2021 | $728.89 |
| Post-Petition | 10/04/21 | $728.99 | 8/1/2021 | $728.89 |